# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KIBYA DOUGLAS | ) | |
| ______________________, | ) | |
| Plaintiff (s), | ) | |
| v. | ) | Case No. |
| | ) | |
| LINCOLN MUTUAL ASSURANCE CO. OF BOSTON | ) | |
| ______________________, | ) | |
| Defendant(s). | ) | |

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now Plaintiff and notifies the court of the intent to use
(Plaintiff or Defendant)

Cole County Sheriff
(name and address of process server)
350 E High St.
Jefferson City, Missouri 65101

To serve: Lincoln Mutual Assurance Co. of Boston in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

03/25/2020
(date)

(attorney for Plaintiff)

______________________
(attorney for Defendant)