# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

| | | |
|---|---|---|
| KIBYA DOUGLAS<br>*Plaintiff*<br>v.<br>LINCOLN MUTUAL ASSURANCE COMPANY OF BOSTON<br>*Defendant* | ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Lincoln Mutual Assurance Company of Boston

c/o Missouri Sercretary of Insurance
301 W. High St. #630
Jefferson City, Missouri 65101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam J. Olszeski
Gallagher Davis, LLP
2333 S. Hanley Rd
St. Louis, Missouri 63144
adam@gallagherdavis.com
(314) 725-1780

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: March 25, 2020

*Signature of Clerk or Deputy Clerk*