IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| KIBYA DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 4:20-cv-00440 |
| vs. | ) | |
| | ) | |
| | ) | |
| LINCOLN MUTUAL ASSURANCE COMPANY OF BOSTON | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Matthew R. Davis, of Gallagher Davis, LLP and enters his appearance on behalf of Plaintiff Kibya Douglas.

**GALLAGHER DAVIS, L.L.P.**

*/s/ Matthew R. Davis*
Matthew R. Davis
Gallagher Davis, LLP
2333 S. Hanley Road
St. Louis, MO 63144
(314) 725-1780
(314) 725-0101 Fax
matt@gallagherdavis.com

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the 30th day of March, 2020 a copy of the foregoing was served via the Court's electronic filing system, upon all counsel of record.

*/s/Matthew R. Davis*