IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| KIBYA DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 4:20-cv-00440-SPM |
| vs. | ) | |
| | ) | |
| | ) | |
| LINCOLN LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVETO FILE FIRST AMENDED COMPLAINT**

COMES NOW Plaintiff Kibya Douglas, by and through undersigned Counsel, and pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure and moves this Court for Leave to File her First Amended Complaint. In support of her motion, Plaintiff states as follows:

1. Plaintiff incorrectly named the Defendant as Lincoln Mutual Assurance Company of Boston, with the appropriate name being Lincoln Life Assurance Company of Boston.

2. As a result of Plaintiff's error, Plaintiff has been unable to obtain service on Defendant. See Exhibit A.

3. At this time, Defendant has not filed any responsive pleadings, as it has not been served, and all requirements are met for Plaintiff to be granted leave to file her First Amended Complaint as a matter of course under Rule 15(a)(1)(B).

4. Plaintiff's First Amended Complaint is attached hereto as Exhibit B.

WHEREFORE, Plaintiff prays this Court enter an Order giving leave to file her First Amended Complaint, accepting the attached Exhibit A as filed, and directing the Clerk to re-issue summons with the correct party named and to revise the Court's Docket to reflect the correct

Respectfully submitted,

**GALLAGHER DAVIS, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax: (314) 725-0101
matt@gallagherdavis.com
adam@gallagherdavis.com

*Attorneys for Plaintiff*
*Kibya Douglas*

CERTIFICATE OF SERVICE

I certify that this document was served upon all counsel of record on May 7, 2020 via the Court's electronic filing system.

/s/ *Adam J. Olszeski*