Governor Michael L. Parson
State of Missouri

Department of Commerce
and Insurance
Chlora Lindley-Myers, Director

April 10, 2020

GALLAGHER DAVIS, LLP
2333 S. HANLEY RD

ST. LOUIS, MO 63144

**NOTICE OF REJECTION OF SERVICE**

Please find enclosed the summons petition and any accompanying documents or other pleadings, which were recently received by the Department of Commerce and Insurance. These pleadings are being returned to you because:

Name of the insurance company defendant in such pleading or documents is either incomplete or inaccurate, making proper service questionable. Therefore, you must advise the Court of the name of the specific company on which you want service.

The Department will endeavor to effect service of process pursuant to stature when the above defects are cured and the corrected documents are served on us.

Sincerely,

Kim Landers

**Enclosure:** KIBYA DOUGLAS v. LINCOLN MUTUAL ASSURANCE COMPANY OF BOSTON
United States Bankruptcy Eastern District, Case Number: 4:20-CV-00440-SPM

**CC:** United States Bankruptcy Eastern District