UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KIBYA DOUGLAS,<br><br>Plaintiff(s),<br><br>v.<br><br>LINCOLN MUTUAL ASSURANCE COMPANY OF BOSTON, et al.,<br><br>Defendant(s). | ) | No. 4:20-CV-00440-SPM |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Shirley Padmore Mensah to District Judge Henry Edward Autrey.

July 29, 2020
Date

*Gregory J. Linhares* /
Clerk of Court

By: /s/ Alicia Thompson /
ALICIA THOMPSON
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:20-CV-00440-HEA**