UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KIBYA DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20CV440 HEA |
| | ) | |
| LINCOLN LIFE INSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the scheduling conference pursuant to Fed.R.Civ.P. 16 is vacated. The Case Management Order will be issued based on the dates provided by the parties in their Joint Proposed Scheduling Plan.

Dated this 6th day of August, 2020.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE