UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KIBYA DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20CV440 HEA |
| | ) | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

**CASE MANAGEMENT ORDER - TRACK 2: STANDARD**

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri, and the Joint Proposed Scheduling Plan filed by the parties,

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case, and will be modified only upon a showing of exceptional circumstances:

**I. SCHEDULING PLAN**

1. This case has been assigned to Track 2 (Standard).

2. All motions for joinder of additional parties or amendment of pleadings shall be filed no later than **August 14, 2020**.

3. Disclosure shall proceed in the following manner:

(a) The parties shall make all disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **August 7, 2020**.

(b) Defendant will produce the Administrative Record by **August 7, 2020**.

(c) Requests for physical or mental examinations of parties pursuant to Rule 35, Fed. R. Civ. P. are not anticipated.

(d) Plaintiff may file a Motion for Limited Discovery by **August 31, 2020**, to which Defendant may file its Response by **September 21, 2020**, and Plaintiff may file a Reply by **October 5, 2020**.

(e) The presumptive limits of ten (10) depositions per side as set forth in Rule30(a)(2)(A), Fed. R. Civ. P., and twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed. R. Civ. P., shall apply.

(f) Discovery will be completed by **December 31, 2020**.

(g) Motions to compel shall be pursued in a diligent and timely manner, but in no event filed more than eleven (11) days following the discovery deadline set out above.

4. This case shall be referred to alternative dispute resolution on **November 2, 2020**, and that reference shall terminate on **January 5, 2021**.

5. Any motions to dismiss, for summary judgment or motions for judgment on the pleadings must be filed no later than **March 1, 2021**. Opposition briefs shall be filed no later than **March 29, 2021**, and any reply brief may be filed no later than **April 12, 2021.**

In the event dispositive motions are filed prior to the above specified date, the opposing party shall file a response twenty-one (21) days after the filing of the dispositive motion. A reply may be filed seven (7) days after the filing of the response.

No later than twenty-one (21) days preceding the deadline for completion of discovery, any party may request **in a written motion** that the Court hold a supplemental conference to discuss issues of scheduling and management of the action. **WHETHER TO GRANT SUCH A REQUEST IS A MATTER FOR THE COURT'S DISCRETION.**

## II. ORDER RELATING TO TRIAL

This matter will be set for trial after ruling has been made on any motion(s) for summary judgment.

Failure to comply with any part of this Order may result in the imposition of sanctions.

Dated this 6th day of August, 2020.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE