IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| KIBYA DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 4:20-cv-00440 |
| vs. | ) | |
| | ) | |
| | ) | |
| LINCOLN MUTUAL ASSURANCE COMPANY OF BOSTON | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S MOTION FOR DISCOVERY

COMES NOW Plaintiff, by and through undersigned Counsel, and for his Motion for Discovery states as Follows:

1. The Parties disagree on the scope of discovery in this ERISA action and the Court ordered the Plaintiff to file a Motion for Discovery.
2. Plaintiff Files a Memorandum of Law in Support of this Motion and incorporates the same herein by reference.

WHEREFORE, Plaintiff Kibya Douglas prays this Court enter an Order permitting the discovery sought in Plaintiff's Memorandum of Law in Support of His Motion for Discovery, and for all other relief this Court deems just and proper at this time.

Respectfully submitted,

**GALLAGHER DAVIS, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax: (314) 725-0101
matt@gallagherdavis.com
adam@gallagherdavis.com

*Attorneys for Plaintiff*
*Kibya Douglas*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the 31st day of August, 2020 a copy of the foregoing was served via the Court's electronic filing system, upon all counsel of record.

*/s/Adam J. Olszeski*