**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KIBYA DOUGLAS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-00440-HEA |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

COMES NOW Defendant Lincoln Life Assurance Company of Boston ("Lincoln Life" or "Defendant"), by and through its undersigned counsel, and respectfully moves this Court to extend the deadline to respond to Plaintiff's Motion for Discovery and would show unto the Court as follows:

1. Plaintiff filed her Motion for Discovery [Doc # 24] on August 31, 2020, (the "Motion").

2. Plaintiff and Defendant are continuing to discuss a potential settlement in this matter. Progress has been made, but these discussions have not yet been completed. Accordingly, Defendant requests an extension of the deadline, through and including September 28, 2020, for Defendant to respond to Plaintiff's Motion so the parties can fully explore settlement options without incurring the time and expense required for a response and rebuttal to the Motion.

3. The undersigned conferred with counsel for Plaintiff regarding the relief requested herein and Plaintiff's counsel does not object to the requested extension.

4. The granting of this motion will promote judicial economy and will have no effect on any other deadline set by this Court.

WHEREFORE Defendant respectfully requests the Court enter an Order extending the deadline for Defendant to respond to Plaintiff's Motion for Discovery until and including September 28, 2020.

Dated: September 18, 2020

Respectfully submitted,

By: */s/ Iwana Rademaekers*

Iwana Rademaekers (Texas Bar No. 16452560)
(*Admitted Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 18th day of September 2020 to be served by operation of the Court's electronic filing system upon the following:

Matthew R. Davis, #MO58205
Email: matt@gallagherdavis.com

Adam J. Olszeski, #MO66126
Email: adam@gallagherdavis.com

*Attorneys for Plaintiff*

/s/ *Iwana Rademaekers*
Iwana Rademaekers