**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KIBYA DOUGLAS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-00440-HEA |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT NOTICE OF SETTLEMENT

Plaintiff Kibya and Defendant Lincoln Life Assurance Company of Boston hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 25th day of September 2020.

Respectfully submitted,

**GALLAGHER DAVIS, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis, MO58205
Adam J. Olszeski, #MO66126
2333 South Hanley Road
St. Louis, Missouri 63144
PH: (314) 725-1780
Fax: (314) 725-0101
Email: matt@gallagherdavis.com
Email: adam@gallagherdavis.com

Attorneys for Plaintiff

- and -

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar # 16452560
(*Admitted Pro Hac Vice*)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September 2020, a true and accurate copy of the foregoing pleading was electronically filed with the United States District Court for the Eastern District of Missouri via the Court's CM/ECF system, which will send electronic notice of the filing to the following:

Matthew R. Davis, #MO58205
Email: matt@gallagherdavis.com

Adam J. Olszeski, #MO66126
Email: adam@gallagherdavis.com

*Attorneys for Plaintiff*

*/s/ Iwana Rademaekers*
Iwana Rademaekers