UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KIBYA DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20CV440 HEA |
| | ) | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court having been advised by the Notice of Settlement that this action has been settled,

**IT IS HEREBY ORDERED** the all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file within thirty (30) days of the date of this Order a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 28th day of September, 2020.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE