**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KIBYA DOUGLAS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-00440-HEA |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT STIPULATION OF DISMISSAL

Plaintiff Kibya Douglas and Defendant Lincoln Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted,

**GALLAGHER DAVIS, L.L.P.**

*/s/ Adam J. Olszeski*

Matthew R. Davis, MO58205
Adam J. Olszeski, #MO66126
2333 South Hanley Road
St. Louis, Missouri 63144
PH: (314) 725-1780
Fax: (314) 725-0101
Email: matt@gallagherdavis.com
Email: adam@gallagherdavis.com

Attorneys for Plaintiff

- and -

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar # 16452560
(*Admitted Pro Hac Vice*)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October 2020, a true and accurate copy of the foregoing pleading was electronically filed with the United States District Court for the Eastern District of Missouri via the Court's CM/ECF system, which will send electronic notice of the filing to the following:

Matthew R. Davis, #MO58205
Email: matt@gallagherdavis.com

Adam J. Olszeski, #MO66126
Email: adam@gallagherdavis.com

*Attorneys for Plaintiff*

*/s/ Iwana Rademaekers*
Iwana Rademaekers